UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:13-CR-105-RLM |
| | ) | |
| RYAN DEAN SMITH | ) | |

### O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on August 6, 2014. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 28), ACCEPTS defendant Ryan Dean Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: August 25, 2014

/s/ Robert L. Miller, Jr.
Judge
United States District Court